**Ernest JACOBS, Jr., Plaintiff/Respondent,**

v.

**Bruce TIPTON, Defendant/Appellant.**

No. 60964.

Missouri Court of Appeals, Eastern District, Division One.

April 28, 1992.

Lloyd J. Jordan, St. Louis, for defendant, appellant.

Charles L. Ford, Les A. Steinberg, Steinberg & Crotzer, St. Louis, for plaintiff, respondent.

Steven K. Coffin, Wallace, Saunders, Austin, Brown and Enochs, Kansas City, for respondents.

Before TURNAGE, P.J., and KENNEDY and BERREY, JJ.

## ORDER

PER CURIAM.

Defendant appeals from a denial of his motion to set aside a default judgment entered against him in a breach of contract and conversion case. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).